# United States District Court
## Southern District of Georgia

Deanthony Griffin

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-305-WTM-GRS

William Danforth

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 2/27/17 adopting the Magistrate Judge's Report and Recommendation, the petition is Dismissed. This case stands closed.



2/27/17 — Date

Scott L. Poff — Clerk

(By) Deputy Clerk